IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, EASTERN DIVISION

| | | |
|---|---|---|
| DALLAS WELDON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 3:13cv826-MHT |
| | ) | (WO) |
| B & H, LLC, an | ) | |
| Alabama Corporation, | ) | |
| | ) | |
| Defendant. | ) | |

### JUDGMENT

It is the ORDER, JUDGMENT, and DECREE of the court that the motion to dismiss (doc. no. 15) is granted and that this cause is dismissed in its entirety with prejudice, with costs taxed as paid.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 30th day of January, 2014.

                     /s/ Myron H. Thompson
              UNITED STATES DISTRICT JUDGE